EAIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Terril Collins

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

City of Chicago, and Chicago Police dept.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

RECEIVED

APR 01 2016 EAG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No
(To be supplied by the Clerk of this Court)

16-cv-3976
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
PC 6

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Terril Collins DOC # 13CR0989401

B. Approximate date of filing lawsuit: April 27, 2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Terril Collins

D. List all defendants: City of Chicago, Chicago Police Dept.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Federal, Illinois Northern District Court

F. Name of judge to whom case was assigned: None At The Moment

G. Basic claim made: false arrest, and imprisonment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

On April, 26, 2013 I was in a van that was my frieds van not my. We were parked at the conner of Lake and Palaski Ave in front of a drug store/convt. store. As my girl driend was pulling off to drop me home we were pulled over, and block off by a few chicago Police Dept, and told to get out and hand cuffed and sat down on the side walk they went throw the van, and some drugs that were not my at all. At this time the officer's put me in back of a car and toke me to a drug bust, and they arrest 2 other's. Then we finnaly were taken the to police Dept. I was put in a room for over 8hrs. No rest room, or water. finnaly they came and said that I was arrest, and charge. I sat in the county Jail for two years fighting the case the courts finnaly throw out the case, and said I was free to go. I feel that I was falsesly charged, and drugs were planed I'm me. Thank you.

Revised 9/2007